FILED

MAR 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00035 JW |
| Plaintiff, | ) | **ORDER DIRECTING CLERK OF COURT TO RELEASE RESTITUTION FUNDS HELD IN ESCROW TO VICTIM** |
| v. | ) | |
| KIMBERLY S. MAYER, | ) | |
| Defendant. | ) | Before The Honorable James Ware |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C-03-4310 RMW |
| Plaintiff, | ) | |
| v. | ) | |
| REAL PROPERTY LOCATED AT 420 SUNLIT LANE, SANTA CRUZ, CALIFORNIA, | ) | |
| Defendant. | ) | Before The Honorable Ronald M. Whyte |

Based upon the stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall pay the principal balance of $300,000 presently held in escrow in the above-captioned matters, plus any interest earned thereon, to the victim, Alza Corporation, pursuant to the Mandatory Victim Restitution Act.

1

1    The check shall be made payable to "Alza Corporation," and shall be sent to Michael Barnard,

2    Security Manager, Alza Corporation, 700 Eubanks Drive, Vacaville, California 95688.

3         **IT IS FURTHER ORDERED** that the defendant in case number CR-05-00035 JW,

4    Kimberly Mayer, shall receive credit against her restitution balance for the principal payment

5    (excluding interest) made pursuant to the preceding paragraph.

6         **IT IS SO ORDERED**.

7    Dated: _March 13, 2006_

8

9                      JAMES WARE
                        United States District Judge

10

11

12

13

14

15

16

17    Distribute to:

18    Stephen B. Haley, Esq.
      Groom & Cave, LLP
19    1570 The Alameda, Suite 100
      San Jose, California 95126
20

21    David R. Callaway
      Assistant United States Attorney
      150 Almaden Boulevard, Suite 900
22    San Jose, California 95113

23    Stephanie Hinds
      Assistant United States Attorney
24    450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
25

26    United States Probation Office
      ATTN: Supervising Officer (Kimberly Mayer)
      150 South First Street
27    San Jose, CA 95113

28    **Order Directing Clerk of Court to Release Funds**